UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Gary Lee Stewart, | ) | |
| Lisa Marie Stewart, | ) | Case No. 24-11194-NWW |
| | ) | |
| Debtors. | ) | |

---

## MOTION TO ENTER AN AGREED ORDER AMENDING PLAN BY CORRECTING SCRIVENER'S ERROR

---

The Chapter 13 Trustee, Kara L. West, by and through counsel, hereby respectfully moves the Court to enter the attached Agreed Order which corrects a scrivener's error on the face of the modified Chapter 13 plan confirmed on June 18, 2025 (Doc. 34). On the plan under Section 2.2, the Federal Income Tax Refund block was checked but additional necessary language was inadvertently left off. Therefore, by agreement of the parties, "tax refunds less tax credits" should be added.

Respectfully submitted,

/s/ Tracey L. Weibert
Tracey L. Weibert, BPR # 020123
Attorney for the Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
Telephone (423) 265-2261